# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

---------------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union and :
Southwest Corporate Federal Credit Union, :
:
                Plaintiff, :
: CIVIL ACTION
       v. : No. 12-cv-2781 JTM/KGG
:
BEAR, STEARNS & CO., INC n/k/a :
J.P. MORGAN SECURITIES, LLC; :
STRUCTURED ASSET MORTGAGE :
INVESTMENTS, II, INC.; BEAR STEARNS :
ASSET BACKED SECURITIES I, LLC; :
and INDYMAC MBS, INC., :
:
                Defendants. :
---------------------------------------------------------------------------- x

## ENTRY OF APPEARANCE

COMES NOW John W. Shaw and provides notice that he is entering his appearance on behalf of Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC.

        Respectfully submitted,

        **BERKOWITZ OLIVER WILLIAMS**
        **SHAW & EISENBRANDT LLP**

        By:   /s/ John W. Shaw
           John W. Shaw (KS # 70091)
           2600 Grand Boulevard, Suite 1200
           Kansas City, Missouri 64108
           Telephone:   (816) 561-7007
           Facsimile:    (816) 561-1888
           jshaw@berkowitzoliver.com

        *Counsel for Defendants Bear, Stearns & Co., Inc.*
        *n/k/a J.P. Morgan Securities, LLC; Structured Asset*
        *Mortgage Investments, II, Inc.; and Bear Stearns*
        *Asset Backed Securities I, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

              /s/ John W. Shaw
              *Counsel for Defendants Bear, Stearns & Co., Inc.*
              *n/k/a J.P. Morgan Securities, LLC; Structured Asset*
              *Mortgage Investments, II, Inc.; and Bear Stearns*
              *Asset Backed Securities I, LLC*