# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

```
------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION              :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union and :
Southwest Corporate Federal Credit Union,         :
                                                  :
                        Plaintiff,                :
                                                  :  CIVIL ACTION
            v.                                    :  No. 12-cv-2781 JTM/KGG
                                                  :
BEAR, STEARNS & CO., INC n/k/a                    :
J.P. MORGAN SECURITIES, LLC;                      :
STRUCTURED ASSET MORTGAGE                         :
INVESTMENTS, II, INC.; BEAR STEARNS               :
ASSET BACKED SECURITIES I, LLC;                   :
and INDYMAC MBS, INC.,                            :
                                                  :
                        Defendants.               :
------------------------------------------------------------------- x
```

## ENTRY OF APPEARANCE

COMES NOW Thomas P. Schult and provides notice that he is entering his appearance on behalf of Defendants Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC.

Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP**

By: /s/ Thomas P. Schult
　　Thomas P. Schult (KS # 70463)
　　2600 Grand Boulevard, Suite 1200
　　Kansas City, Missouri 64108
　　Telephone:　(816) 561-7007
　　Facsimile:　(816) 561-1888
　　tschult@berkowitzoliver.com

*Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 15th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ Thomas P. Schult
*Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC*