# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

|  |  |
|---|---|
| ------------------------------------------------------------------------- x | |
| NATIONAL CREDIT UNION ADMINISTRATION : | |
| BOARD, as Liquidating Agent of U.S. Central Federal : | |
| Credit Union, Western Corporate Federal Union and : | |
| Southwest Corporate Federal Credit Union, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 12-cv-2781 JTM/KGG |
| : | |
| BEAR, STEARNS & CO., INC n/k/a : | |
| J.P. MORGAN SECURITIES, LLC; : | |
| STRUCTURED ASSET MORTGAGE : | |
| INVESTMENTS, II, INC.; BEAR STEARNS : | |
| ASSET BACKED SECURITIES I, LLC; : | |
| and INDYMAC MBS, INC., : | |
| : | |
| Defendants. : | |
| ------------------------------------------------------------------------- x | |

## ENTRY OF APPEARANCE

COMES NOW Jennifer B. Wieland and provides notice that she is entering her appearance on behalf of Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC.

Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP**

By: /s/ Jennifer B. Wieland
Jennifer B. Wieland (KS # 22444)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
jwieland@berkowitzoliver.com

*Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Jennifer B. Wieland
*Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC*