# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

```
------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION              :
BOARD, as Liquidating Agent of U.S. Central Federal   :
Credit Union, Western Corporate Federal Union and     :
Southwest Corporate Federal Credit Union,             :
                                                      :
                          Plaintiff,                  :   CIVIL ACTION
                                                      :   No. 12-cv-2781 JTM/KGG
                          v.                          :
                                                      :
BEAR, STEARNS & CO., INC n/k/a                        :
J.P. MORGAN SECURITIES, LLC;                          :
STRUCTURED ASSET MORTGAGE                             :
INVESTMENTS II, INC.; BEAR STEARNS                    :
ASSET BACKED SECURITIES I, LLC;                       :
and INDYMAC MBS, INC.,                                :
                                                      :
                          Defendants.                 :
------------------------------------------------------------------- x
```

## JOINT MOTION TO EXTEND THE PAGE LIMITATION FOR CONSOLIDATED DISMISSAL AND STAY MOTION BRIEFING

COME NOW Defendants Bear, Stearns & Co., Inc., Structured Asset Mortgage Investments II Inc., and Bear Stearns Asset Backed Securities I LLC (collectively, the "Bear Defendants"), and Plaintiff National Credit Union Administration Board ("Plaintiff") (together with Bear Defendants, "the Moving Parties"), by and through counsel, and move the Court for an order permitting them to file their briefing on a potential motion to dismiss Plaintiff's complaint or, in the alternative, to stay the above-captioned action in excess of the page limitations set forth in Local Rule 7.1(e).

   1.   On December 14, 2012, Plaintiff commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Kansas against Bear, Stearns & Co. Inc., Structured Asset Mortgage Investments II Inc., and Bear Stearns Asset Backed Securities I LLC, and IndyMac MBS, Inc.

2.      On December 20, 2012, Plaintiff requested that the Bear Defendants waive the service of a summons in this action.

3.      Also on December 20, 2012, Plaintiff filed with this Court a waiver of the service of summons executed by each of the Bear Defendants, requiring that the Bear Defendants file and serve by February 19, 2013, an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure (Docket Nos. 3-5).

4.      The Moving Parties now file this Motion to extend the page limitation for their potential briefing and respectfully request that the Motion be granted in light of the following:

    a.      Plaintiff's Complaint totals 267 pages and involves complex allegations regarding 43 mortgage-backed securities offerings comprising thousands of securitized mortgage loans with an aggregate original principal balance of over three billion dollars.

    b.      Plaintiff alleges 24 causes of action against the Bear Defendants for alleged violations of several unique laws including the federal Securities Act of 1933 as well the securities statutes of four states: California, Illinois, Texas, and Kansas.

    c.      The Bear Defendants intend to file a single, 50-page brief in support of a potential motion to dismiss or, in the alternative, to stay the action rather than filing six separate 30-page briefs (i.e., one brief for each named defendant for both a motion to dismiss and motion to stay) as permitted under Local Rule 7.1(e).

        d.      Plaintiff would then respond to this single brief with an opposition brief that would not exceed the same 50 pages.

     5.     WHEREFORE, the Moving Parties respectfully request that the Court extend the page limitation set forth in Local Rule 7.1(e) and allow briefing subject to the following page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if the Bear Defendants move to dismiss the Complaint:

        a.      Fifty (50) pages for a brief filed in support of the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action;

        b.      Fifty (50) pages for a brief filed in opposition to the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action; and

        c.      Twenty-five (25) pages for a reply brief filed in support of the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action.

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Tel:  (816) 561 - 7007
Fax:  (816) 561 – 1888
jshaw@berkowitzoliver.com

*Of Counsel*
Michael A. Paskin (NY # 2767507)
J. Wesley Earnhardt (NY # 4331609)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000 (tel.)
(212) 474-3200 (fax)
mpaskin@cravath.com
wearnhardt@cravath.com

*Counsel for Defendants Bear Stearns & Co.,
Inc.; Structured Asset Mortgage Investments
II Inc.; and Bear Stearns Asset Backed
Securities I LLC*

and

/s/  Rachel E. Schwartz

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Mark C. Hansen
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com

George A. Zelcs
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
GZelcs@koreintillery.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ John W. Shaw
Counsel for Defendants Bear Stearns & Co.,
Inc.; Structured Asset Mortgage Investments
II Inc.; and Bear Stearns Asset Backed
Securities I LLC