UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union and Southwest Corporate Federal Credit Union, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | :     CIVIL ACTION <br> :     No. 12-cv-2781 JTM/KGG |
| v. | : <br> : |
| BEAR, STEARNS & CO., INC n/k/a <br> J.P. MORGAN SECURITIES, LLC; <br> STRUCTURED ASSET MORTGAGE <br> INVESTMENTS II, INC.; BEAR STEARNS <br> ASSET BACKED SECURITIES I, LLC; <br> and INDYMAC MBS, INC., | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

---

**ORDER GRANTING THE MOVING PARTIES' JOINT MOTION TO EXTEND THE PAGE LIMITATION FOR CONSOLIDATED DISMISSAL AND STAY <u>MOTION BRIEFING</u>**

Upon consideration of Defendants Bear, Stearns & Co. Inc., Structured Asset Mortgage Investments II Inc., and Bear Stearns Asset Backed Securities I LLC (collectively, the "Bear Defendants"), and Plaintiff National Credit Union Administration Board ("Plaintiff") (together with Bear Defendants, "the Moving Parties") Joint Motion to Extend the Page Limitation For Consolidated Dismissal and Stay Motion Briefing, it is hereby ORDERED that:

        1.       The Moving Parties' motion is GRANTED.

        2.       The Moving Parties are allowed briefing subject to the following page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if the Bear Defendants move to dismiss the Complaint:

a.   Fifty (50) pages for a brief filed in support of the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action;

b.   Fifty (50) pages for a brief filed in opposition to the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action; and

c.   Twenty-five (25) pages for a reply brief filed in support of the Bear Defendants' motion to dismiss the Complaint or, in the alternative, to stay the action.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2013.

 s/J. Thomas Marten
J. THOMAS MARTEN
UNITED STATES DISTRICT JUDGE