UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | : : : : : : | |
| Plaintiff, | : : | No. 12-cv-2781 JTM/KGG |
| v. | : : | |
| BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC. | : : : : : | |
| Defendants. | : : | |

---

## BEAR DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS CONVENTIONALLY

COME NOW Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments, II, Inc.; and Bear Stearns Asset Backed Securities I, LLC (collectively, the "Bear Defendants"), by and through counsel, and move the Court for an Order granting them leave to file documents conventionally in support of their Motion to Dismiss. In support of this Motion, the Bear Defendants state as follows:

1. On December 14, 2012, Plaintiff commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Kansas against the Bear Defendants and IndyMac MBS, Inc.

2. On December 20, 2012, Plaintiff requested that the Bear Defendants waive the service of summons in the action.

3. Also on December 20, 2012, Plaintiff filed with this Court a waiver of the service of summons executed by each of the Bear Defendants, requiring that the Bear Defendants answer or otherwise respond to the Complaint by February 19, 2013 (Docket Nos. 3-5).

4. In support of their Motion to Dismiss, the Bear Defendants will electronically file Exhibits 1-43.  Exhibit 1-43 consist of excerpts from each of the Prospectuses and Prospectus Supplements referred to and cited in the Complaint.  The Bear Defendants seek leave to provide a true and correct copy of each Prospectus and Prospectus Supplement excerpts of which will be contained in Exhibits 1-43 to the Court on a DVD because, although these documents are publicly available on the Securities and Exchange Commission's website, these documents are voluminous.  Plaintiff does not oppose this request.

5. In addition, in support of their Motion to Dismiss, the Bear Defendants seek leave to provide a true and correct copy of the NCUAB Video Presentation, "Corporate Credit Unions: How Did We Get Here" on a DVD.  This video is publicly available at: http://www.youtube.com/watch?v=IjvUngJzQYI.  This video consists of 168MB, and the Bear Defendants seek leave to provide a true and correct copy of this document to the Court on a DVD, because it is voluminous.  Plaintiff opposes the Bear Defendants' attempted use of such a video, but does not oppose the mechanism by which the Bear Defendants will submit the video to the Court (i.e., the conventional filing of a DVD).  Thus, Plaintiff does not oppose the narrow subject of this motion, but reserves all other rights.

6. For the Court's convenience and because the above-described documents are too voluminous to electronically file, the Bear Defendants seek leave to provide them conventionally on a DVD to the Court.

7. This motion is not made for the purpose of harassment or delay.

WHEREFORE, the Bear Defendants respectfully move this Court for an Order granting them leave to file documents conventionally in support of their Motion to Dismiss.

Dated:  February 15, 2013 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/  John W. Shaw
　　　　　　　　　　　　　　　　　　　　　　John W. Shaw (KS # 70091)
　　　　　　　　　　　　　　　　　　　　　　Thomas P. Schult (KS # 70463)
　　　　　　　　　　　　　　　　　　　　　　Jennifer B. Wieland (KS # 22444)
　　　　　　　　　　　　　　　　　　　　　　BERKOWITZ OLIVER WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　SHAW & EISENBRANDT LLP
　　　　　　　　　　　　　　　　　　　　　　2600 Grand Boulevard, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108

　　　　　　　　　　　　　　　　　　　　　　Of Counsel

　　　　　　　　　　　　　　　　　　　　　　Michael A. Paskin (NY # 2767507)
　　　　　　　　　　　　　　　　　　　　　　mpaskin@cravath.com
　　　　　　　　　　　　　　　　　　　　　　J. Wesley Earnhardt (NY # 4331609)
　　　　　　　　　　　　　　　　　　　　　　wearnhardt@cravath.com
　　　　　　　　　　　　　　　　　　　　　　CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　(212) 474-1000 (tel.)
　　　　　　　　　　　　　　　　　　　　　　(212) 474-3200 (fax)

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants Bear, Stearns & Co.,
　　　　　　　　　　　　　　　　　　　　　　Inc. n/k/a J.P. Morgan Securities, LLC;
　　　　　　　　　　　　　　　　　　　　　　Structured Asset Mortgage Investments, II,
　　　　　　　　　　　　　　　　　　　　　　Inc.; and Bear Stearns Asset Backed
　　　　　　　　　　　　　　　　　　　　　　Securities I, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ John W. Shaw
              Counsel for Defendants Bear, Stearns & Co., Inc.
              n/k/a J.P. Morgan Securities, LLC; Structured Asset
              Mortgage Investments, II, Inc.; and Bear Stearns
              Asset Backed Securities I, LLC