UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

------------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union, Members :
United Corporate Federal Credit Union, and Southwest :
Corporate Federal Credit Union, :
 :
                      Plaintiff, : No. 12-cv-2781 JTM/KGG
 :
                      v. :
 :
BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN : ORAL ARGUMENT
SECURITIES, LLC; STRUCTURED ASSET MORTGAGE : REQUESTED
INVESTMENTS II, INC.; BEAR STEARNS ASSET :
BACKED SECURITIES I, LLC; and INDYMAC MBS, :
INC. :
                      Defendants. :
 :
------------------------------------------------------------------------- x

## BEAR DEFENDANTS' MOTION TO DISMISS THE
## NATIONAL CREDIT UNION ADMINISTRATION BOARD'S COMPLAINT

        The undersigned defendants ("Bear Defendants") hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the National Credit Union Administration Board's ("NCUAB") complaint filed in the above-captioned action: National Credit Union Administration Board v. Bear, Stearns & Co, Inc., et al., No. 12-cv-2781, filed December 14, 2012 (the "Complaint").

        This Motion should be granted because, as more fully explained in the accompanying Bear Defendants' Memorandum of Law In Support of Their Motions to Dismiss the Complaint or, in the Alternative, to Stay the Action, and supported by the accompanying declaration of Benjamin D. Brutlag and the exhibits thereto, NCUAB's Complaint fails to state a claim against any of the Bear Defendants for violation of the Securities Act of 1933, the California Corporate Securities Law of 1968, the Kansas Uniform Securities Act, the Illinois

-2-

Securities Law of 1953 or the Texas Securities Act and is therefore subject to dismissal under Federal Rule of Civil Procedure 12(b)(6) and, even if the Complaint could state a claim, any such claim would be time barred under the applicable statutes of limitation and repose.

### **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.2, the Bear Defendants request oral argument on this Motion.

Dated:  February 19, 2013
 Kansas City, Missouri

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108

Of Counsel

Michael A. Paskin (NY # 2767507)
mpaskin@cravath.com
J. Wesley Earnhardt (NY # 4331609)
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000 (tel.)
(212) 474-3200 (fax)

Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I, LLC

-3-

## CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ John W. Shaw
Counsel for Defendants Bear, Stearns & Co.,
Inc. n/k/a J.P. Morgan Securities, LLC;
Structured Asset Mortgage Investments II,
Inc.; and Bear Stearns Asset Backed
Securities I, LLC
