# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | : : : : : : | |
| Plaintiff, | : : | No. 12-cv-2781 JTM/KGG |
| v. | : : | |
| BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC. | : : : : : | |
| Defendants. | : : | |

## BEAR DEFENDANTS' MOTION FOR A TEMPORARY STAY PENDING THE TENTH CIRCUIT'S REVIEW OF *NCUAB v. RBS*

The undersigned defendants ("Bear Defendants") hereby move to stay this action. As more fully explained in the accompanying Bear Defendants' Memorandum of Law In Support of Their Motions to Dismiss the Complaint or, in the Alternative, to Stay the Action pending the Tenth Circuit's Review of NCUAB v. RBS, and supported by the accompanying declaration of Benjamin D. Brutlag and the exhibits thereto, for reasons including the promotion of judicial efficiency and to benefit the interests of the parties, the public and non-parties, if the Court does not dismiss the Complaint in its entirety, this Motion should be granted and the Court should temporarily stay proceedings in this action, pending the Tenth Circuit's review of National Credit Union Administration Board v. RBS Securities, Inc., Civ. Nos. 11-2340-RDR, 11-2649-RDR, 2012 WL 3028803 (D. Kan. July 25, 2012).

Counsel for the Bear Defendants conferred with counsel for the Plaintiff with respect to the relief requested in this motion.  Plaintiff does not consent to the motion.

Dated:  February 19, 2013
       Kansas City, Missouri

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108

Of Counsel

Michael A. Paskin (NY # 2767507)
mpaskin@cravath.com
J. Wesley Earnhardt (NY # 4331609)
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000 (tel.)
(212) 474-3200 (fax)

Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I, LLC

-3-

CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ John W. Shaw
       Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I, LLC