## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

---------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union and :
Southwest Corporate Federal Credit Union, :
                                              Plaintiff, : CIVIL ACTION
                                               : No. 12-cv-2781 JTM/KGG
                  v. :
                                               :
BEAR, STEARNS & CO., INC n/k/a : ORAL ARGUMENT
J.P. MORGAN SECURITIES, LLC; : REQUESTED
STRUCTURED ASSET MORTGAGE :
INVESTMENTS, II, INC.; BEAR STEARNS :
ASSET BACKED SECURITIES I, LLC; :
and INDYMAC MBS, INC., :
                                             Defendants. :
---------------------------------------------------------------------- x

## ORDER GRANTING THE BEAR DEFENDANTS' UNOPPOSED <u>MOTION FOR LEAVE TO FILE DOCUMENTS CONVENTIONALLY</u>

Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I, LLC (the "Bear Defendants") have filed an unopposed motion in the above-titled action for an order granting them leave to file documents conventionally in support of their Motion to Dismiss (ECF No. 18). This Court having considered the papers submitted, and for good cause shown,

-2-

IT IS HEREBY ORDERED that the Bear Defendants' motion is GRANTED.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2013.


<u>s/J. Thomas Marten</u>
J. THOMAS MARTEN
UNITED STATES DISTRICT JUDGE