**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

------------------------------------------------------------------------ x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union, Members :
United Corporate Federal Credit Union, and Southwest :
Corporate Federal Credit Union, :
: CIVIL ACTION
                    Plaintiff, : No. 12-cv-2781 JTM/KGG
:
      v. :
: ORAL ARGUMENT
BEAR, STEARNS & CO., INC n/k/a : REQUESTED
J.P. MORGAN SECURITIES, LLC; :
STRUCTURED ASSET MORTGAGE :
INVESTMENTS, II, INC.; BEAR STEARNS :
ASSET BACKED SECURITIES I, LLC; :
and INDYMAC MBS, INC., :
:
                    Defendants. :
------------------------------------------------------------------------ x

## NOTICE OF MANUAL FILING

      Notice is hereby given that the documents identified in Exhibits 1-43 and Exhibit 107 to the Declaration of Benjamin D. Brutlag In Support of the Bear Defendants' Memorandum of Law In Support of Their Motions to Dismiss the Complaint, or, in the Alternative, to Stay the Action have been manually provided to the Court and to counsel for the National Credit Union Administration Board on a DVD, pursuant to the Court's Order granting leave to file the same (Docket No. 22).

-2-

Dated:  February 19, 2013
        Kansas City, Missouri

                Respectfully submitted,

                /s/  John W. Shaw
                John W. Shaw (KS # 70091)
                Thomas P. Schult (KS # 70463)
                Jennifer B. Wieland (KS # 22444)
                BERKOWITZ OLIVER WILLIAMS
                SHAW & EISENBRANDT LLP
                2600 Grand Boulevard, Suite 1200
                Kansas City, MO 64108

                Of Counsel

                Michael A. Paskin (NY # 2767507)
                mpaskin@cravath.com
                J. Wesley Earnhardt (NY # 4331609)
                wearnhardt@cravath.com
                CRAVATH, SWAINE & MOORE LLP
                825 Eighth Avenue
                New York, New York 10019
                (212) 474-1000 (tel.)
                (212) 474-3200 (fax)

                Counsel for Defendants Bear, Stearns & Co.,
                Inc. n/k/a J.P. Morgan Securities, LLC;
                Structured Asset Mortgage Investments II,
                Inc.; and Bear Stearns Asset Backed
                Securities I, LLC

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of February 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                   /s/ John W. Shaw
                   Counsel for Defendants Bear, Stearns & Co.,
                   Inc. n/k/a J.P. Morgan Securities, LLC;
                   Structured Asset Mortgage Investments II,
                   Inc.; and Bear Stearns Asset Backed
                   Securities I, LLC