## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ------------------------------------------------------------------------ x<br>NATIONAL CREDIT UNION ADMINISTRATION :<br>BOARD, as Liquidating Agent of U.S. Central Federal :<br>Credit Union, Western Corporate Federal Union, Members :<br>United Corporate Federal Credit Union, and Southwest :<br>Corporate Federal Credit Union, :<br>                                                 :<br>                Plaintiff, :<br>                                                 :<br>       v. :<br>                                                  :<br>BEAR, STEARNS & CO., INC n/k/a :<br>J.P. MORGAN SECURITIES, LLC; :<br>STRUCTURED ASSET MORTGAGE :<br>INVESTMENTS, II, INC.; BEAR STEARNS :<br>ASSET BACKED SECURITIES I, LLC; :<br>and INDYMAC MBS, INC., :<br>                                                  :<br>                Defendants. :<br>------------------------------------------------------------------------ x | CIVIL ACTION<br>No. 12-cv-2781 JTM/KGG<br><br>ORAL ARGUMENT<br>REQUESTED |

## **RULE 7.1 NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I LLC, states as follows:

       1.       Defendant Bear, Stearns & Co., Inc., now known as J.P. Morgan Securities LLC, is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings, Inc., which is a wholly owned subsidiary of JPMorgan Chase & Co, which is a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

       2.       Defendant Structured Asset Mortgage Investments II, Inc. is a wholly owned subsidiary of The Bear Stearns Companies LLC, which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded

        corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

3.     Defendant Bear Stearns Asset Backed Securities I LLC is a wholly owned subsidiary of The Bear Stearns Companies LLC, which is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

        Respectfully submitted,

        /s/  John W. Shaw
        John W. Shaw (KS # 70091)
        Thomas P. Schult (KS # 70463)
        Jennifer B. Wieland (KS # 22444)
        BERKOWITZ OLIVER WILLIAMS
        SHAW & EISENBRANDT LLP
        2600 Grand Boulevard, Suite 1200
        Kansas City, MO 64108

        <u>Of Counsel</u>

        Michael A. Paskin (NY # 2767507)
        mpaskin@cravath.com
        J. Wesley Earnhardt (NY # 4331609)
        wearnhardt@cravath.com
        CRAVATH, SWAINE & MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
        (212) 474-1000 (tel.)
        (212) 474-3200 (fax)

        <u>Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I LLC</u>

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on the 19th day of February 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ John W. Shaw
        Counsel for Defendants Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities LLC; Structured Asset Mortgage Investments II, Inc.; and Bear Stearns Asset Backed Securities I LLC