UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union,<br><br>                    Plaintiff,<br><br>    v.<br><br>BEAR, STEARNS & CO., INC. n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-cv-2781 JWL/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## INDYMAC MBS, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO NCUAB'S COMPLAINT

COMES NOW Defendant IndyMac MBS, Inc. ("IndyMac MBS"), with the consent of plaintiff National Credit Union Administration Board ("NCUAB" or "Plaintiff"), to hereby move this Court for an extension of time to file its answer in response to NCUAB's Complaint. In support of this Motion, IndyMac MBS states as follows:

    1.    On December 14, 2012, NCUAB filed its Complaint in the above-captioned action. (ECF No. 1.) IndyMac MBS was sent a request to waive service on February 1, 2013. (ECF No. 15.)

    2.    Pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IndyMac MBS has until April 2, 2013 to answer or otherwise respond to the Complaint.

62285094_1

3. Counsel for NCUAB and IndyMac MBS are undertaking meaningful discussions regarding dismissal of the action against IndyMac MBS. As part of those discussions, counsel for IndyMac MBS has conferred with counsel for NCUAB regarding an extension of time for IndyMac MBS to file its answer. Plaintiff consents and agrees to an extension of time for IndyMac MBS to file its answer of twenty-one (21) days to April 23, 2013.

5. No party will be prejudiced by this extension. IndyMac MBS will not file or join any motion to dismiss the Complaint under Rule 12(b)(6), and therefore, any additional extension of time for IndyMac MBS to file its answer will not affect the briefing schedule for any motion to dismiss the Complaint under Rule 12(b)(6).

WHEREFORE, with Plaintiff's consent, IndyMac MBS hereby moves this Court for an extension of time—up to and including April 23, 2013—to file its answer in response to Plaintiff's Complaint.

With Consent of Plaintiff:

By: /s/ Rachel Schwartz
   One of Its Attorneys

STUEVE SIEGEL HANSON LLP
Norman E. Siegel
Rachel Schwartz

*Attorney for Plaintiff National Credit Union Administration Board*

Respectfully submitted,

/s/ Elizabeth Raines
Elizabeth Raines (Kan. #20668)
HUGHES HUBBARD & REED LLP
2345 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 709-4100
Facsimile: (816) 709-4198
Email: raines@hugheshubbard.com

*Attorney for Defendant IndyMac MBS, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Elizabeth Raines

2

62285094_1