UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union,<br><br>              Plaintiff,<br><br>v.<br><br>BEAR, STEARNS & CO., INC. n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-cv-2781 JWL/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **INDYMAC MBS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant IndyMac MBS, Inc. hereby certifies that (1) it is a private, nongovernmental party, (2) it has no corporate parents, affiliates, or subsidiaries that are publicly held, and (3) no publicly-held company or investment fund holds 10% or more ownership interest in it.

Dated: March 25, 2013

Respectfully submitted,

   /s/ Elizabeth Raines
Elizabeth Raines (Kan. #20668)
HUGHES HUBBARD & REED LLP
2345 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 709-4100
Facsimile: (816) 709-4198
Email: raines@hugheshubbard.com

*Attorney for Defendant IndyMac MBS, Inc.*

62285133_1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      /s/ Elizabeth Raines