UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union, | : : : : : : | |
| Plaintiff, | : : | No. 12-cv-2781 JWL/JPO |
| v. | : : | |
| BEAR, STEARNS & CO., INC n/k/a J.P. MORGAN SECURITIES, LLC; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; BEAR STEARNS ASSET BACKED SECURITIES I, LLC; and INDYMAC MBS, INC. | : : : : : : | ORAL ARGUMENT REQUESTED |
| Defendants. | : : | |
| ------------------------------------------------------------------------ x | | |

**DECLARATION OF J. WESLEY EARNHARDT, ESQ.**

I, J. Wesley Earnhardt, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

1. I am a partner of the law firm Cravath, Swaine & Moore LLP and have been admitted to this Court *pro hac vice*. I respectfully submit this declaration in support of the Bear Defendants' Reply Memorandum of Law in Further Support of Their Motions to Dismiss the Complaint or, in the Alternative, to Stay the Action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint for Violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933, filed January 20, 2009, in IBEW Local 103 v. IndyMac MBS, Inc., Case No. BC405843 (Cal. Sup. Ct., Los Angeles Cty.).

-2-

3. Attached hereto as **Exhibit 2** is a true and correct copy of the order, published October 23, 2012, in In re Effexor XR Antitrust Litig., Nos. 11-5479, 11-5661 (JAP/LHG) (D.N.J.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2013
New York, New York

/s/ J. Wesley Earnhardt
J. Wesley Earnhardt