**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, | ) ) ) ) ) | Case Nos. 11-cv-2340-JWL-JPO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RBS SECURITIES, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union, | ) ) ) ) ) ) | Case No. 11-cv-2649-JWL-JPO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WACHOVIA CAPITAL MARKETS LLC, | ) ) | |
| Defendant. | ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | ) ) ) ) ) ) ) | Case No. 11-cv-2341-JWL-JPO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| J.P MORGAN SECURITIES LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, and of Western Corporate Federal Credit Union, | ) ) ) ) ) | |
| | ) | Case No. 12-cv-2591-JWL-JPO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UBS SECURITIES, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union, | ) ) ) ) ) ) | Case No. 12-cv-2631-JWL-JPO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BARCLAYS CAPITAL INC., *et al*. | ) ) | |
| Defendants. | ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | ) ) ) ) ) ) ) ) | Case No. 12-cv-2648-JWL-JPO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CREDIT SUISSE SECURITIES (USA) LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union,<br><br>              Plaintiff,<br><br>v.<br><br>BEAR STEARNS & CO., INC., *et al.*,<br><br>              Defendants. | Case No. 12-cv-2781-JWL-JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and of Southwest Corporate Federal Credit Union,<br><br>              Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., *et al*.<br><br>              Defendants. | Case No. 13-cv-2012-JWL-JPO |

**NCUA'S MOTION FOR LEAVE TO FILE CORRECTED STATEMENT**
**REGARDING THE COMBINED STATUS CONFERENCE**

Pursuant to Local Rule 15.1, NCUA respectfully requests leave to file an amended version of its statement regarding the status conference, attached hereto as Exhibit 1. The originally filed version [Doc. 201 in Case No. 11-cv-2340] incorrectly suggested that two Certificates in the *JP Morgan* case were supported by loan-to-value and owner occupancy allegations. The attached version removes that suggestion.

This version also corrects an ECF omission by ensuring that the statement has been filed in all cases.

Dated:  April 26, 2013                                         **STUEVE SIEGEL HANSON LLP**

                                                               By:        /s/ Norman E. Siegel
                                                                    Norman E. Siegel (D. Kan. # 70354)
                                                                    Rachel E. Schwartz (Kan. # 21782)
                                                                    460 Nichols Road, Suite 200
                                                                    Kansas City, MO 64112
                                                                    Tel:  (816) 714-7100
                                                                    Fax:  (816) 714-7101
                                                                    siegel@stuevesiegel.com
                                                                    schwartz@stuevesiegel.com

                                                                    George A. Zelcs, *pro hac vice*
                                                                    KOREIN TILLERY LLC
                                                                    205 North Michigan Avenue, Suite 1950
                                                                    Chicago, Illinois 60601
                                                                    Tel:  (312) 641-9760
                                                                    Fax:  (312) 641-9751
                                                                    GZelcs@koreintillery.com

                                                                    David C. Frederick, *pro hac vice*
                                                                    Mark C. Hansen, *pro hac vice*
                                                                    Wan J. Kim, *pro hac vice*
                                                                    KELLOGG, HUBER, HANSEN, TODD,
                                                                      EVANS & FIGEL, P.L.L.C.
                                                                    1615 M Street, N.W., Suite 400
                                                                    Washington, D.C. 20036
                                                                    Tel:  (202) 326-7900
                                                                    Fax:  (202) 326-7999
                                                                    dfrederick@khhte.com
                                                                    mhansen@khhte.com
                                                                    wkim@khhte.com
                                                                    **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        /s/ Norman E. Siegel
                                        Attorney for Plaintiff