Exhibit B

C6DFFED1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
                                    11 CV 05201 (DLC)
 3   FEDERAL HOUSING
     FINANCING AGENCY             11 CV 06188 (DLC)
 4                                 11 CV 06189 (DLC)
                                   11 CV 06190 (DLC)
 5         v.                      11 CV 06192 (DLC)
                                   11 CV 06193 (DLC)
 6   UBS AMERICAS INC.             11 CV 06195 (DLC)
     and others and its           11 CV 06196 (DLC)
 7   related cases                 11 CV 06198 (DLC)
                                   11 CV 06200 (DLC)
 8                                 11 CV 06201 (DLC)
                                   11 CV 06202 (DLC)
 9                                 11 CV 06203 (DLC)
                                   11 CV 06739 (DLC)
10                                 11 CV 06805 (DLC)
                                   11 CV 07010 (DLC)
11                                 11 CV 07048 (DLC)
     ------------------------------x
12                                          June 13, 2012
                                            3:00 p.m.
13   Before:
                        HON. DENISE COTE,
14
                                       District Judge
15
                             APPEARANCES
16
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
17        Attorneys for Plaintiff Federal Housing Finance Agency
     PHILIPPE SELENDY, ESQ.
18   ADAM ABENSOHN, ESQ.
     MANISHA SHETH, ESQ.
19   CHRISTINE CHUNG, ESQ.
     LEAH RAY, ESQ.
20   JORDAN GOLDSTEIN, ESQ.

21   KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
          Attorneys for Plaintiff Federal Housing Finance Agency
22   HECTOR TORRES, ESQ.
     KANCHANA LEUNG, ESQ.
23   ANDREW GLENN, ESQ.

24   STEPHEN HART, ESQ.
          Attorney for Federal Housing Finance Agency

25
```

C6DFFED1

1    for all time, and nobody is asking me to do that.  So I'm not

2    going to do it unilaterally.  But I hope this discussion has

3    suggested that if you work together to come up with a system

4    for early disclosure of expert reports and the results of the

5    analyses principally of the tapes and the information on the

6    tapes that the burden of going into the individual files might

7    be substantially reduced.

8            Let's talk a little bit about some of the other

9    discovery issues that you've agreed upon or are disputing in

10   your submissions to me.  With respect to our September 30th

11   date for substantial completion of discovery, yes, that should

12   include third party discovery and so that discovery should be

13   ongoing now in terms of document discovery.  Serve your

14   demands, give them a chance to produce their documents.  That

15   would include rating agencies and due diligence firms and

16   originators.

17           In terms of interrogatories, the defendants want the

18   right to serve 50 interrogatories, each corporate family of

19   companies wants the right to serve its own 50 interrogatories

20   on the plaintiff.  The plaintiff argues for 50 interrogatories

21   in total to be served upon it, with it having the corresponding

22   right to serve 50 interrogatories on each corporate family.

23   Well, let me just say a little bit about interrogatories.  It

24   is rare in my experience that they produce anything that is

25   useful for trial.  They are extraordinarily burdensome to

C6DFFED1

1   produce, respond to and manage, and that management includes

2   arguing about the adequacy of the response.  I think that

3   interrogatories should be used to help support and refine other

4   discovery requests.  They should be targeted and they should be

5   few in number.  So I am going to restrict the number of

6   interrogatories to be served on the plaintiff by all defendants

7   in all 16 actions in total to 50, which is the number that the

8   parties seem to be using as their working number.

9        You seem to have agreement about requests to admit.

10  It wasn't clear to me that the request to admit included

11  addressing issues of authenticity.  I am assuming if there's

12  any disagreement about this you'll bring it to my attention at

13  the appropriate time, but I'm assuming authenticity is a

14  separate issue and not going to be a contested one here and

15  everybody's going to work that out.  So in terms of more

16  substantive requests to admit, we'll work on the same

17  assumption that all defendants are restricted in total to 50 to

18  the plaintiff and the plaintiff may serve 50 on each corporate

19  family.

20       Depositions.  There seems to be a lot of agreement on

21  three points.  The 30(b)(6) depositions can begin at any time.

22  They don't need to wait for the completion of document

23  discovery.  That's fine with me.  That individual defendants

24  should be restricted to a one day deposition, that's fine with

25  me.  And that any limitation on third party depositions be